**Arthur M. Krensky & Co., Appellant, v. Harry J. Rothman, Defendant, and South East National Bank of Chicago, Garnishee Below, Appellee.**

**Gen. No. 47,373.**

First District, First Division.

June 30, 1958.

Released for publication September 29, 1958.

Herman
Chill, and Max Chill, for plaintiff-appellant; Reuben S. Flacks,
for defendant-appellee. Opinion by PRESIDING JUSTICE
McCORMICK. Not to be published in full.